IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01964-JLK

KELSEY OLDERSHAW,
individually and on behalf of others similarly situated,

       Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC., and
TOTAL RENAL CARE INC.,

       Defendants.

---

## MINUTE ORDER
---

Entered By Magistrate Judge Nina Y. Wang

       Pursuant to the Honorable John L. Kane's Order Referring Case to Early Neutral Evaluation [#13], and the Joint Motion to Vacate and Reset Early Neutral Evaluation Conference ("ENE") [#39],

       IT IS ORDERED that the ENE and corresponding settlement discussions set for April 20, 2016 is **VACATED** and **RESET** for **June 28, 2016**, **at 9:30 a.m.,** in Courtroom C-204, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

       IT IS FURTHER ORDERED that counsel **shall have parties present at the ENE** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement. This requirement is not satisfied by the presence of counsel alone.

       Confidential Statements shall be submitted by e-mail in PDF format addressed to Wang_Chambers@cod.uscourts.gov, on or before **June 21, 2016**. Such Confidential Statements must include discussion of both the strengths and weaknesses of each Party's position; a summary of all steps taken to date to resolve the matter; and any non-legal considerations that play a significant role in a Party's evaluation of the case. **In addition, each Confidential Statement must contain a specific offer of compromise, including the dollar amount or range each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Statements on time may result in the ENE being vacated.

DATED:  April 14, 2016