IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01964-JLK-NYW

KELSEY OLDERSHAW, ELINA NAVARRO, JANE STANT, AND JAYMIE STEVENS, individually and on behalf of others similarly situated,

      Plaintiffs,

      v.

DAVITA HEALTHCARE PARTNERS, INC. and
TOTAL RENAL CARE INC.

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO AMEND THE
STIPULATED SCHEDULING AND DISCOVERY ORDER**

---

The Court, having reviewed the Joint Motion to Amend the Stipulated Scheduling and Discovery Order (Doc. 41) filed April 21, 2016, and being apprised on its premises, hereby GRANTS the same. This Court further ORDERS as follows:

1. The deadline to designate expert witnesses is August 11, 2016;

2. The deadline to designate rebuttal expert witnesses is September 12, 2016;

3. The discovery cut-off is October 12, 2016; and

4. The dispositive motion deadline is November 14, 2016.

  **IT IS SO ORDERED** this 21st day of April, 2016.

BY THE COURT:

_John L. Kane_
John L. Kane
Senior U.S. District Court Judge