PENGAD 800-631-6989
EXHIBIT
1
Oldershaw 5-23-16

August 29, 2014

Kelsey Oldershaw
[redacted]

Dear Kelsey:

On behalf of DaVita Healthcare Partners Inc. I am pleased to confirm your offer of employment at DaVita. We look forward to your first day of work on September 16, 2014. You will be working as the Executive Assistant reporting to Margaret L. Anderson. The following represents the terms and conditions in this regard:

As we discussed, your base salary for this position has been set at $26.44 Hourly, less standard deductions and authorized withholdings. Your position is non-exempt under the wage and hour laws. You will be paid bi-weekly pursuant to our normal payroll practices. Any further salary increases will be based upon DaVita Healthcare Partners Inc. compensation program and your performance.

You will be eligible to receive health and disability insurance benefits, as well as other related benefits, under the same terms and conditions generally applicable to DaVita teammates at the similar level of compensation and responsibility. You will be eligible to participate in DaVita's health and disability insurance plans on the first of the month following or coinciding with (2) months of continuous employment, not to exceed 90 days. In some cases, where months have 31 days, you will be eligible on the 90th day. Once you are hired and have access to DaVita's Village Web, log on http://VillageVitality.DaVita.com to review and print the Benefits Guide and enroll in your benefits.

It is understood and agreed that your employment will be at-will, and either you or DaVita may terminate the relationship at any time, for any or no reason, with or without notice. The terms of this letter, therefore, do not, and are not intended to, create an express or implied contract of employment. Your at-will employment relationship may only be modified by a written agreement, signed by an officer or Director of DaVita.

You will be required to enter into a Confidentiality and Nonsolicitation Agreement.

Please note that this offer is contingent upon successful completion of DaVita's pre-employment drug screen and background check, in addition to any credentialing and/or background check required by your hospital or other work location

The Welcome Wagon will contact you to arrange your pre-employment drug screen. You will be sent a link to your email address to print your drug screen form to take with you to the collection site. Additionally, you will receive a link to enter your background check information.

If you accept the terms of this offer, please sign the letter below and return it to me as soon as possible. We look forward to your first day of work, and being a part of DaVita's efforts and mission to be the Provider, Partner and Employer of Choice. If you have any questions, or if I may provide further

information, please do not hesitate to contact me directly.

Sincerely,

DAVITA HEALTHCARE PARTNERS INC.

9/16/14

Margaret L. Anderson — Date
Signature Authority on Offer Letters is for FAs/PSMs and Above Only

I accept the position of Executive Assistant – World Headquarters under the terms and conditions outlined above.

9/16/14

Kelsey Oldershaw
Signature Accepting Offer — Date

cc: People Services Teammate File – World Headquarters, Denver, Colorado
Hiring Manager File