**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover Date: January 18, 2017
Court Reporter: Terri Lindblom

Civil Action No. 15-cv-01964-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| KELSEY OLDERSHAW, individually and on behalf of others similarly situated,<br><br>Plaintiff, | Colleen Calaudra<br>Jessica Derakhshanian |
| v. | |
| DAVITA HEALTHCARE PARTNERS, INC., and TOTAL RENAL CARE INC.,<br><br>Defendants. | Austin Smith<br>David Powell, Jr. |

---

## COURTROOM MINUTES

---

HEARING: Rule 16

**9:08 a.m. Court in session.**

Michael Freimann, Davita's representative is present at counsel table.

The Court addresses the matters set forth in its Order (**Doc. #87**)

Statements from counsel in response to the Court's Order.

Counsel are offered the opportunity to address the Court's intended ruling but decline to do so.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** The action is bifurcated with the FSLA claims first to be determined, after which the Rule 23 claims will be addressed.

The Court addresses the Notice.

**ORDER**: The Court's ruling with regard to the Notice is as set forth on the record.
The following deadlines are imposed:

By **February 1, 2017** defendants will provide the employee information to plaintiffs; the modified form of notice and modified consent form and proposed order will be filed with the Court;
30 days after entry of the written order, notice will be given; opt-in plaintiffs will have 90 days from mailing or other transmission of the notice to opt in; within 7 days of the close of the opt-in, the names will be filed with the Court.

**ORDER:** The Motions at Doc. #61, #62 will be referred to the Magistrate Judge.

**10:18 a.m. Court in recess.**

**Total Time: 1 hour 10 minutes.**
**Hearing concluded.**